# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 35 WAL 2016
:
      Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
:
BRANDON CARGILE, :
:
      Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.